# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2772
LT Case No. 2021-DP-000934-X

_____

S.E., FATHER OF E.E., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES ,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Kelly J. McKibben, Judge.

David Maldonado, of The Maldonado Law Firm, P.A., Lakeland,
for Appellant.

Kelly Schaeffer, of Children's Legal Services, Bradenton, for
Appellee, Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, of Statewide
Guardian ad Litem Office, Tallahassee, and Blake Bruce,
Alexandria, Virginia, for Guardian ad Litem.

Truleia Fuller, of Fuller Law, Altamonte Springs, for Foster
Parent.

February 7, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., WALLIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____